# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NORTHPOINT REALTY PARTNERS 1985-2 &
NORTHPOINT REALTY PARTNERS 1985-3
LP,

      Plaintiffs,

v.                                  Case No. 06-CV-12532

ASSOCIATED REMEDIAL TECHNOLOGIES,
INC.,

      Defendant.

_____/

## ORDER VACATING ORDER TO SHOW CAUSE

On June 6, 2006, Plaintiffs Northpoint Realty Partners 1985-2 ("Northpoint 2")

and Northpoint Realty Partners 1985-3 Limited Partnership ("Northpoint 3") initiated this

action against Defendant Associated Remedial Technologies, Inc. ("ART").  After

reviewing the complaint, the court issued an order requiring Plaintiffs to show cause

why their action should not be dismissed for lack of subject matter jurisdiction.  (*See*

6/15/06 Order.)  The court noted specific deficiencies in Plaintiffs' complaint related to

their allegations of diversity of citizenship.  Plaintiffs filed their response on June 26,

2006, satisfactorily alleging facts which, at least facially, demonstrate the apparent

existence of subject matter jurisdiction.  Accordingly,

IT IS ORDERED that the court's June 15, 2006 "Order to Show Cause" [Dkt. # 2]

is VACATED.

                                  S/Robert H. Cleland_____
                                 ROBERT H. CLELAND
                                 UNITED STATES DISTRICT JUDGE

Dated:  July 10, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 10, 2006, by electronic and/or ordinary mail.

   S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522